IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN STEIN, <br><br> Plaintiff, <br><br> v. <br><br> NEIL W. MATHESON, et al., <br><br> Defendants. | CIVIL ACTION <br><br> NO. 19-5814-KSM |

# ORDER

**AND NOW**, this 17th day of August, 2022, upon consideration of Defendants' Motion for Summary Judgment (Doc. Nos. 66, 67), Plaintiff's opposition brief (Doc. No. 69), and Defendants' reply brief (Doc. No. 71), it is **ORDERED** that the motion is **GRANTED IN PART** and this case is **DISMISSED** for lack of subject matter jurisdiction. The Court declines to rule on the remaining arguments raised in Defendants' motion. The Clerk of Court shall mark this matter **CLOSED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.